CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 6 2015

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| RANDY AYRES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:14-CV-00011 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KYANITE MINING CORP., | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendant's motion for summary judgment, Docket No. 28, is **GRANTED**, and the plaintiff's motion for summary judgment, Docket No. 30, is **DENIED**. This case is hereby **STRICKEN** from the active docket of the court. The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 16th day of July, 2015.

_____
Chief United States District Judge